# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs *Jose Jerso Cordova-Arias* | Docket Number **FILED JUN 19 2007** CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |
| | Magistrate Case Number 1:07-mj-00143 |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT     ☐ INFORMATION     ☒ COMPLAINT     ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: **8** U.S.C. § SECTION **1326(a), (b)(2)**

DISTRICT OF OFFENSE: *Central of California*

DESCRIPTION OF CHARGES: *Alien found in the U.S. Following Deportation*

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

Representation: __ Retained Counsel  ☒ Federal Defender  __ CJA Attorney  __ None

Interpreter Required?  __ No  ☒ Yes   Language: *Spanish*

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date: *June 19, 2007*

SANDRA M. SNYDER, United States Magistrate Judge

### RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

as of 10/2000